M I+W

**RECEIVED**
Jul 9, 2008

JUL - 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Ruthie Luckett

v.

Firstline

Defendant(s)

08CV3892
JUDGE GRADY
MAG. JUDGE COX

## COMPLAINT

I Have an alarm system from First line Security that stopped working on the day of April 23, 2008. I had called for a technician to come and fix the problem but no technician showed. From April 23 to this day the alarm system has not been working. I've been calling the first line company everyday.

When I called, the technician said that there was probably a battery leakage and that I needed a new battery.

So I ordered a new battery on the day of may 7, 2008 The battery arrived within a week, and then I called First line security once again because the new battery leakage acid system still didn't work.

First line said that the circuit board went out because of the battery leakage. First line told me that they would order a new alarm system that should arrive in one week,

I called and I still do not have an alarm system. I continuously Asked First line technicians to come fix the system. I repeatedly called and asked them to come fix the problem and they continue To say that they do not have to fix system and I am being held responsible For paying the company.

The only reason that I purchased the first line alarm system is because my foster child has seizure, which means he can walk out without me knowing at anytime, and the emergency button makes it easier for me to keep him from danger.

I feel that I shouldn't pay first line because they failure to do what one promise by not fix the alarm system

I feel that I should be paid $200,000 for the stress that this company has caused me.

*Ruthie Lickett*
*Ruthie Lickett*
6127 S Honore
Chicago IL 60636