MHW

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ruthie Luckett
(Please print)

STREET ADDRESS: 6127 S Honore

CITY/STATE/ZIP: Chicago IL 60636

PHONE NUMBER: 773-776-4146

CASE NUMBER: 08CV3892
JUDGE GRADY
MAG. JUDGE COX

Ruthie Luckett     7-9-08
Signature   Date

FILED
JUL - 9 2008
Jul 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT