# United States District Court
## Northern District of Illinois
### Eastern Division

Luckett                                       **JUDGMENT IN A CIVIL CASE**

            v.                                    Case Number: 08 C 3892

Firstline

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to 28 U.S.C.§1915(e)(2)(B)(I), the case is dismissed with prejudice, and the application for leave to proceed in forma pauperis and motion for the appointment of counsel are denied as moot.

                                             Michael W. Dobbins, Clerk of Court

Date: 8/4/2008                           _____
                                           /s/ Jackie Deanes, Deputy Clerk